NOTE: This disposition is nonprecedential.

# United States Court of Appeals for the Federal Circuit

---

**ALAN J. AIRINGTON,**

*Claimant-Appellant,*

**v.**

**ERIC K. SHINSEKI, SECRETARY OF VETERANS AFFAIRS,**

*Respondent-Appellee.*

---

2011-7188

---

Appeal from the United States Court of Appeals for Veterans Claims in Case No. 10-1246, Chief Judge Bruce E. Kasold.

---

**JUDGMENT**

---

THOMAS R. BENDER, Chisholm Chisholm & Kilpatrick, LLP, of Providence, Rhode Island, argued for claimant-appellant. On the brief was ZACHARY M. STOLZ.

JAMES SWEET, Trial Attorney, United States Department of Justice, of Washington, DC, argued for respondent-appellee. With him on the brief were TONY WEST, Assistant Attorney General, JEANNE E. DAVIDSON,

Director, and MARTIN F. HOCKEY, JR., Assistant Director. Of counsel on the brief were MICHAEL J. TIMINSKI, Deputy Assistant General Counsel, and TRACEY P. WARREN, Staff Attorney, United States Department of Veterans Affairs, of Washington, DC.

_____

THIS CAUSE having been heard and considered, it is

ORDERED and ADJUDGED:

PER CURIAM (NEWMAN, MOORE, and O'MALLEY, *Circuit Judges*).

**AFFIRMED.  *See* Fed. Cir. R. 36.**

ENTERED BY ORDER OF THE COURT

June 19, 2012                    /s/ Jan Horbaly
Date                             Jan Horbaly
                                 Clerk